# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:25-CR-224 |
| | : | |
| ELIAS RODRIGUEZ, | : | |
| | : | |
| Defendant. | : | |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of Defendant Elias Rodriguez's Motion for a Scheduling Order Setting a Deadline for the Defense's Presentation of Mitigating Evidence to the U.S. Attorney, and any government response thereto, it is hereby

ORDERED that the motion is GRANTED; and

IT IS FURTHER ORDERED that Mr. Rodriguez shall make his initial mitigation submission to the local U.S. Attorney's Office on or before March 19, 2026.

By the Court:

_____
The Honorable Randolph D. Moss
United States District Judge