UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 25-cr-224 (RDM) |
| | ) | |
| ELIAS RODRIGUEZ | ) | |
| | ) | |

**JOINT STATUS REPORT**

Elias Rodriguez, through undersigned counsel, and the United States of America, through undersigned counsel, submit this joint status report to provide the Court with an update on the case since the initial status hearing on September 4, 2025.

Since that status hearing, the government has provided significant discovery totaling around 1.3 terabytes of data. Counsel for Mr. Rodriguez are in the process of organizing and reviewing the discovery. Over the last few months a few issues with the productions have been identified and the government has endeavored to promptly resolve any issues as they are identified by counsel for Mr. Rodriguez.

Additionally, following the motions hearing on September 24, 2025, the government agreed to provide Mr. Rodriguez some additional time to investigate and present potential mitigation, rescheduling the meeting between defense counsel and United States Attorney Jeanine Pirro to December 16, 2025, with the defense submission due any time before then.

In addition to reviewing discovery and working on a mitigation submission for U.S. Attorney Pirro, counsel for Mr. Rodriguez have been diligently conducting their own investigation and developing potential mitigation for use in potential future proceedings. However, some of the required work must be conducted out of the jurisdiction and requires travel, which was difficult

1

prior to the government shutdown due to funding issues and impossible during the government shutdown. Counsel for Mr. Rodriguez also anticipate facing similar issues in January 2026 should another continuing resolution or a final budget fail. Counsel continue to work diligently despite these challenges.

Following the submission to U.S. Attorney Pirro, the parties anticipate (and the Justice Manual provides for) a meeting with the Capital Case Section for the Department of Justice, which is yet to be scheduled. Due to the need for sufficient time to complete these meetings and the ongoing nature of discovery, the parties propose submitting another joint status report in 120 days on April 3, 2025.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

*/s/ Diane Shrewsbury*
Elizabeth Mullin
Diane Shrewsbury
Assistant Federal Public Defenders
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

Eric K. Klein
Johnson & Klein, PLLC
5398 Manhattan Circle
Boulder, CO 80303
(303) 444-1885

Victor J. Abreu
Supervisory Assistant Federal Defender
Federal Community Defender Office, EDPA
601 Walnut Street, Ste 545 West
Philadelphia, PA 19106
(215) 928-0520

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Christopher Tortorice*
Christopher Tortorice
Assistant United States Attorney
TX Bar Number 24048912
National Security Section
601 D Street, N.W., 5th Floor
Washington, D.C.  20530
Office: (202) 252-7155
Christopher.tortorice@usdoj.gov

Charles R. Jones
Assistant United States Attorney
DC Bar Number 1035541
National Security Section
601 D Street, N.W., 5th Floor
Washington, D.C.  20530
Office: (202) 252-6976
Charles.Jones3@usdoj.gov