**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>    **v.**<br><br>**ELIAS RODRIGUEZ,**<br><br>    **Defendant.** | **No. 25-cr-224 (RDM)** |

## JOINT MOTION TO CONTINUE STATUS HEARING

The parties, the United States of America and defendant Elias Rodriguez, have conferred and jointly request a 30-day continuance of the status hearing set in this case for May 5, 2026. The government continues to follow the procedures detailed in Justice Manual § 9-10.000, et seq. The government does not have a substantive update to provide to the Court and defense on May 5, and thus a 30-day continuance of the status hearing is appropriate. The parties agree that time should be excluded under the Speedy Trial Act through the date of the rescheduled status hearing.

Respectfully Submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

*/s/ Charles R. Jones*
Charles R. Jones (DC Bar No. 1035541)
Christopher Tortorice (TX Bar No. 24048912)
Assistant United States Attorneys
United States Attorney's Office
601 D Street NW
Washington, DC 20530
charles.jones3@usdoj.gov
christopher.tortorice@usdoj.gov

*Counsel for the United States*

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

_____

Elizabeth Mullin
Diane Shrewsbury
Assistant Federal Public Defenders
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

Eric K. Klein
Johnson & Klein, PLLC
5398 Manhattan Circle
Boulder, CO 80303
(303) 444-1885

Victor J. Abreu
Federal Community Defender Office, EDPA
601 Walnut Street, Ste 545 West
Philadelphia, PA 19106
(215) 928-0520

*Counsel for Elias Rodriguez*