**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Case No.: 25-CR-224 (RDM)** |
| **v.** | **:** | |
| | **:** | |
| **ELIAS RODRIGUEZ,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the Assistant Attorney General for the Civil Rights Division, informs the Court that Deputy Chief Brandon T. Wrobleski, who may be contacted by telephone at 202-598-9122 or by e-mail at Brandon.Wrobleski@usdoj.gov, is entering his appearance as counsel for the United States.

Respectfully submitted,


*/s/ Brandon T. Wrobleski*
Brandon T. Wrobleski
Deputy Chief
Civil Rights Division
Criminal Section
Va. State Bar No. 89697
150 M St. NE
Washington, D.C. 20530
Tel: (202) 598-9122
Brandon.Wrobleski@usdoj.gov