**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 1:25-CR-224** |
| | **:** | |
| **ELIAS RODRIGUEZ,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME

Elias Rodriguez, through undersigned counsel, respectfully asks the Court to grant his motion to extend time to file a response to the government's proposed schedule. Mr. Rodriguez's proposed schedule and motion in support is currently due on August 14, 2026. Mr. Rodriguez requests a 10-day extension to August 24, 2026, to allow counsel sufficient time to respond to the government's proposed schedule and to propose a schedule. Several of Mr. Rodriguez's counsel will be out of office for a significant portion of the next two weeks and need additional time to account for those absences. Additionally, the government's proposed schedule includes dates that were not previewed to the defense during the parties' meet and confer. Defense counsel require additional time to propose an alternative timeline commensurate with the number and complexity of issues raised by the government's Notice of Intent to Seek the Death Penalty. The government does not oppose this request.

Therefore, Mr. Rodriguez respectfully asks the Court to grant his motion for extension of time and order that his proposed schedule and briefing be submitted to the Court no later than August 24, 2026.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

*/s/ Diane Shrewsbury*
Elizabeth Mullin
Diane Shrewsbury
Assistant Federal Public Defenders
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

Eric K. Klein
Johnson & Klein, PLLC
5398 Manhattan Circle
Boulder, CO 80303
(303) 444-1885

Victor J. Abreu
Supervisory Assistant Federal Defender
Federal Community Defender Office, EDPA
601 Walnut Street, Ste 545 West
Philadelphia, PA 19106
(215) 928-0520

2